# United States District Court

Southern **DISTRICT OF** California

08 JUL 28 PM 3: 23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| In the Matter of the Search of | |
|---|---|
| (Name, address or brief description of person or property to) Priority Delivery Confirmation Parcel # 0308-0070-0000-7166-6202 addressed to Brian McGuane, 125 Josephine Ave, Somerville, MA 02144. It lists the return information of Bret Checketts, 4150 Cleveland Ave #31, San Diego, CA 92103. | **APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT** CASE NUMBER: '08 MJ 2307 |

I, **Ana L. Flores** being duly sworn depose and say:

I am a(n) **U. S. Postal Inspector** and have reason to believe
          Official Title

that on the premises known as (name, description and/or location)

Priority Delivery Confirmation Parcel # 0308-0070-0000-7166-6202 addressed to Brian McGuane, 125 Josephine Ave, Somerville, MA 02144. It lists the return information of Bret Checketts, 4150 Cleveland Ave #31, San Diego, CA 92103 which is in the custody of the U. S. Postal Inspection Service

in the Southern District of California

there is now concealed property, namely (describe the person or property)
Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846

which is (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence and contraband

in violation of Title 21 United States Code, Section(s) 841(a)(1), 843(b) and 846.
The facts to support the issuance of a Search Warrant are as follows:

See attached.

Continued on the attached sheet and made a part hereof.    X Yes    ___ No

_____
Signature of Affiant

Sworn to before me and subscribed in my presence

7/28/08
Date

at   San Diego, CA
     City and State

**JAN M. ADLER**
U.S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# AFFIDAVIT FOR SEARCH WARRANT

I, Ana Flores, being duly sworn hereby depose and state:

1. I am a United States Postal Inspector currently assigned to the San Diego Field Office of the Postal Inspection Service and my duties include investigating violations of the Drug Abuse Prevention and Control Act.

2. This affidavit is submitted in support of an application for a search warrant for the following Priority Mail with Delivery Confirmation # 0308-0070-0000-7166-6202, addressed to Brian McGuane, 125 Josephine Ave., Somerville, CA 02144. The parcel listed the return information of Bret Checketts, 4150 Cleveland Ave. #31, San Diego, CA 92103.

3. I have been employed as a Postal Inspector since July 2003. From October 2003 through September 2005, I was assigned to the Internal Crimes / Mail Theft Investigations Team. Previous to that, I was employed with the United States Postal Service (USPS) for more than eight years. In July 2006, I received specialized training from the U.S. Postal Inspection Service which included instruction regarding individuals using the U.S. Mails to transport controlled substances and proceeds from the sale of controlled substances as well as the use of Postal Money Orders and other negotiable instruments to launder the proceeds of controlled substances transactions. In May 2007, I completed 80 hours narcotics investigations training by attending the Drug Enforcement Administration's Basic Narcotic Investigator School. In November 2007, I completed 30 hours training from the California Narcotics Officers Association, relative to the investigation of narcotics trafficking.

4. I have been involved in more than 100 investigations involving the shipment of illegal narcotics and controlled pharmaceuticals as well as drug proceeds through the US Mails. I have also investigated individuals who have used US Postal Money Orders, commercial money orders and other types of negotiable instruments to launder the proceeds of illegal narcotics and controlled pharmaceuticals. These investigations have resulted in the arrests of individuals involved in the

illegal mailing of narcotics, the seizure of illegal narcotics, controlled pharmaceuticals and proceeds of illegal narcotics and controlled pharmaceuticals.

5. Based upon my training, experience and discussions with other Postal Inspectors and agents I know the following in summary:

    a. Individuals who regularly handle controlled substances leave the scent of controlled substances on the currency and other items they handle. Proceeds from these sales are often stored in close proximity to the controlled substances, thereby transferring the odor of the controlled substance to the monies and packaging materials. Narcotic canines are trained to alert on the scents of controlled substances.

    b. The Postal Inspection Service and DEA Narcotic Task Force Commercial Interdiction Team have worked aggressively to limit the use of shipping companies and the U.S. Mail for the transportation of controlled substance through these companies.

    c. Ongoing investigations have disclosed that Priority/overnight and "two day" parcel deliveries have become a method of choice by drug dealers for the transportation of contraband or the proceeds of narcotic sales.

    d. I know that Southern California is a source region for controlled substances being mailed throughout the United States. The proceeds from these narcotic transactions are then transported via the U.S. Mails and other communication facilities back to Southern California, the source of the controlled substances.

    e. Drug dealers prefer the U.S. Mail, (but will sometimes utilize commercial shipping companies), specifically "Express Mail" or "Priority Mail," for the narcotic or narcotic proceeds transportation for various reasons, some of which are listed below:

        1. Items sent via "Express Mail" or "Priority Mail" are considered to be first-class mail, therefore, cannot be examined without a Federal Search Warrant.

        2. "Express Mail" is usually requested to be delivered by the next day's mail.

        3. "Priority Mail" is usually requested to be delivered within two days of mailing.

    4.    Dispatch times for "Express Mail" are specific and are controllable by the mailer/shipper.

    5.    Any delay to the mail is an indication to the mailer the mail items have been possibly compromised by law enforcement agencies to obtain a search warrant.

    6.    While it is not always the case that a delay of "Express Mail" or "Priority Mail" is for law enforcement purposes, those involved in illegal transactions have found that the odds are against delays in deliveries of "Express Mail" or "Priority Mail" by United States Postal Service.

    7.    "Express Mail" and Priority Mail" may weigh up to 70 pounds and is desired for large volume shipments.

f.    Businesses are more likely to use Express Mail and Priority Mail than First-class Mail in the course of normal business and will often use an Express Mail Corporate Account Number for the billing of the mailed articles.

g.    Criminals who are involved in trafficking of controlled substances and drug proceeds will often receive multiple Express Mail articles within a short time period of each other.

h.    Criminals who are involved in trafficking of controlled substances and drug proceeds will often use multiple Post Office Boxes, Commercial Receiving Agencies and addresses in foreign countries to conceal their true identities and place of residence.

i.    I also know that drug orders containing currency, checks or money orders sometimes do not contain the presence of controlled substances because persons involved in shipping often utilize packing methods and sanitation procedures to conceal the odor or controlled substances.

j.    I also know from talking to U.S. Postal Service Supervisors and employees responsible for handling the mail that Express Mail is insured for up to $100 in case of loss or damage. Insurance for Priority Mail may be purchased at an additional fee. Customers are discouraged from sending U.S. currency via the U.S. Mails and are

3

|   |   |   |
|---|---|---|
| 1 | | encouraged to purchase negotiable instruments as a means to send currency by the |
| 2 | | U.S. Postal Service. |
| 3 | k. | I also know through my training and experience that drug dealers will often use |
| 4 | | legitimate names and addresses of persons other than their own, or occupants at the |
| 5 | | residence, in order to receive controlled substances and/or proceeds/monetary |
| 6 | | instruments at their residence under names other than their own and to avoid |
| 7 | | suspicion. |
| 8 | 6. | On July 25, 2008 I was contacted by the El Cajon Police Dispatcher, who had called to request the assistance in intercepting a parcel which was believed to contain controlled substances. The information in this affidavit is based upon information I have gained from my investigation, my personal observations, my training and experience as well as information related to me by other Postal Inspectors and law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. |
| 15 | 7. | On July 25, 2008, I was contacted by the El Cajon Police Dispatcher who advised they had received information from an individual who had requested to remain anonymous; hereinafter, known as the Confidential Source (CS). The CS advised that an individual by the name of Tanika Mills was going to mail a parcel at a local El Cajon Post Office which would contain controlled substances. The CS further advised the parcel would be addressed to a location on the East Coast. The CS provided a description of the parcel which included the following: a re-used, white shipping box, with green colored block lettering, I retrieved a parcel from the El Cajon Main Post Office which matched the description of the suspect parcel and retained it for further investigation. |
| 25 | 8. | I conducted a name and address inquiry on the sender information of Bret Checketts, 4150 Cleveland Ave. #31, San Diego, CA and could not associate that name to that location. I contacted the Post Office that handled the mail delivery to that address and an employee there told me the name Bret Checketts was not known to receive mail there. |

4

9. On February 25, 2008 I met with El Cajon Police Officer James Bray and his trained narcotic detection canine, Wilco, at the El Cajon Main Post Office located in El Cajon, CA. Officer Bray and Wilco conducted an exterior inspection of the subject parcel. When Wilco examined the parcel described above, Officer Bray advised that Wilco had alerted to the presence of the odor of controlled substances. I secured the subject parcel pending an application for a search warrant. The qualifications of canine Wilco are contained in attachment A.

10. Based on the facts set forth in this affidavit, I submit that there is probable cause to believe controlled substances, notes and/or currency from the illegal sale and mailing of controlled substances is being concealed in the subject parcel as described above and seek the issuance of a search warrant directing the search of the article as described above and the seizure of the article, any controlled substances, currency, and/or materials and documents reflecting the distribution of controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

_____
Ana Flores
Postal Inspector


Sworn to before me, and subscribed in my presence, on this
28th Day of July, 2008.

_____
U. S. Magistrate Judge

5

Attachment A

**EL CAJON POLICE DEPARTMENT**
**OFFICER'S SUPPLEMENTAL REPORT**
**NARRATIVE**

PAGE: 1
CASE

| CODE SECTION & DESCRIPTION | DATE | DAY OF WEEK | TIME |
|---|---|---|---|
| Information on Narcotics K-9 Detection | 07-25-08 | Friday | 1710 |

| LOCATION OF INCIDENT | BEAT | DISTRICT |
|---|---|---|
| Lexington Post Office | 8 | |

| PERSON(S) INVOLVED: VICTIM | SUSPECT (IF NAMED) | PROPERTY TAG NO. (S) |
|---|---|---|
| | | |

**FACTS:**
On 07-25-08, I was called to assist Postal Inspector Ana L. Flores with the use of my narcotics K-9 partner Wilco.

For Postal Inspector Ana L. Flores actions prior to my arrival please refer to their report.

The ECPD controlled substance detection dog Wilco has received over 180 hours of training, during which time he successfully found over 560 controlled substance training aids. These training aids consist of actual controlled substances.

Wilco was certified for use by ECPD as being 100 percent proficient on November 9, 2005. Wilco will positively alert his handler to the presence of heroin, cocaine, marijuana, methamphetamine and its derivatives.

Wilco will actively/scratches alert after detecting the scent of controlled substances for which he has been trained. His alert consists of physical and mental reactions, which included a heightened emotional state, scratching, digging, and/or biting.

Since November 9, 2005 Wilco has been successfully used in over 60 cases in which controlled substances have been found.

Flores asked me and Wilco to sniff several packages that had already been placed out. Wilco began his sniff at the right side and worked his way left. Wilco alerted on the third of 5 packages, which had been placed out.

I told Flores of Wilco's alert.

| Officer: | I.D. #: | Approved By: | Date of Report: | Time: |
|---|---|---|---|---|
| J. Bray | 0210 | | 07-25-08 | 1800 |