**NOT FOR PUBLIC VIEW**

# United States District Court

Southern **DISTRICT OF** California

FILED
2008 JUL 30 AM 10: 24
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| In the Matter of the Search of | |
|---|---|
| (Name, address or brief description of person or property to be searched) Priority Delivery Confirmation Parcel # 0308-0070-0000-7166-6202 addressed to Brian McGuane, 125 Josephine Ave, Somerville, MA 02144. It lists the return information of Bret Checketts, 4150 Cleveland Ave #31, San Diego, CA 92103. | **SEARCH WARRANT** CASE NUMBER: **'08 MJ 2307** |

TO: Ana L. Flores, Postal Inspector    and any Authorized Officer of the United States

Affidavit(s) having been made before me by    Ana L. Flores    who has reason to
                                               Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
Priority Delivery Confirmation Parcel # 0308-0070-0000-7166-6202 addressed to Brian McGuane, 125 Josephine Ave, Somerville, MA 02144. It lists the return information of Bret Checketts, 4150 Cleveland Ave #31, San Diego, CA 92103 which is in the custody of the U.S. Postal Inspection Service.

in the Southern    District of California    there is now concealed a certain person or property, namely (describe the person or property)

```
Controlled substances, materials, and documents reflecting the distribution of
controlled substances through the United States Mail, including money paid for
controlled substances, in violation of Title 21, United States Code, Sections
841(a)(1), 843(b) and 846
```

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

as required by law.    JAN M. ADLER
                       (U.S. Judge or Magistrate)

7/30/08 @ 2:02 p.m.    at    San Diego, CA
Date and Time Issued              City and State

JAN M. ADLER        U.S. Magistrate Judge
Name and Title of Judicial Officer    Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED 7-28-08 | DATE AND TIME WARRANT EXECUTED 7-28-08 4:45 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH USPS |

**INVENTORY MADE IN THE PRESENCE OF**
US Postal Inspectors A Flores and R Tanael

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Priority Delivery Confirmation # 0308-0070-0000-7166-6202 white shipping box with green lettering on one side and black lettering written on top of it; contained a canvas bag which contained a camera and lenses. All items were re-sealed and returned to the US Mails.

Reeves 7/28/08

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_Ana Reeves_

Subscribed, sworn to, and returned before me this date.

_U.S. Judge_      Date 7/30/08